IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00966-KMT

FIRST MERCURY INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

PRO TECH CONSTRUCTION SERVICES, INC. DBA PRO TECH ROOFING SYSTEMS, LLC, a Colorado corporation,
EDWARD MCCULLOCH, an individual,
LEONA LABRUYERE, an individual, and
MICHAEL LABRUYERE, an individual,

Defendants.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed the Unopposed Motion for Dismissal with Prejudice (Doc. No. 27), and the Court being fully advised:

HEREBY GRANTS said Unopposed Motion for Dismissal with Prejudice (Doc. No. 27), and;

HEREBY ORDERS that Plaintiff's Complaint and all claims therein and cross claims or counterclaims asserted by any party are hereby dismissed with prejudice, each party to pay his, her, or its own attorneys' fees and costs.

DATED this 20th day of October, 2015.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge